CORNELIA DUGAS, as Administratrix of the Estate of EMIL DUGAS, Deceased, Respondent, *v.* BASHWITZ BROS. & COMPANY, INCORPORATED, Appellant.

*Dugas* v. *Bashwitz Bros. & Co.,* 187 App. Div. 883, affirmed.
(Argued October 16, 1919; decided November 18, 1919.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered May 5, 1919, modifying and affirming as modified a judgment in favor of plaintiff entered upon a verdict. The action was brought to recover a commission which plaintiff claims defendant agreed to pay her assignor for alleged services in securing a contract from the Royal Italian Commission for the manufacture of military uniforms.

*I. Maurice Wormser* and *Harry J. Sondheim* for appellant.

*Samuel F. Frank* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CHASE, COLLIN, CARDOZO, POUND, CRANE and ANDREWS, JJ.